# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 13, 2019

## NO. 03-18-00231-CV

**Sky Station Holdings I, LP, Appellant**

**v.**

**Fidelity National Title Insurance Company, Boris Serebro, and Serebro Law PLLC, Appellees**

**APPEAL FROM THE 98TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES GOODWIN AND KELLY
AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the order signed by the trial court on December 21, 2015. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's order. Therefore, the Court affirms the trial court's order. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.